# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| CHRISTOPHER S BEAMON, ) | |
| ) | CASE NO. 19-50169-PWB |
| Debtor. ) | |

## MOTION TO EXTEND THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)(B)

COMES NOW, Christopher S Beamon, Debtor, by and through the attorney of record, and files this Motion to Extend the Automatic Stay Pursuant to 11 U.S.C. § 362(c)(3)(B) and shows the Court the following:

1.

The Debtor filed this voluntary petition for relief as a Chapter 13 on January 3, 2019.

2.

The Debtor was a debtor in a previous Chapter 13 case filed on August 26, 2014 bearing case number 14-66566, which was dismissed on November 15, 2018 for failure to maintain plan payments.

3.

That case, being pending and dismissed within the preceding year, triggers 11 U.S.C. § 362(c)(3)(A). The automatic stay afforded by 11 U.S.C. § 362(a) is set to expire after thirty (30) days pursuant to 11 U.S.C. § 362(c)(3)(A).

4.

Debtor applied for a loan modification during the pendency of his prior case and was under the impression that he met all the qualifications for a loan modification. Debtor stopped making his mortgage payments due to the pending loan modification and was later informed that he did not qualify, causing a delinquency that he could not cure. Debtor allowed his prior case to dismiss so that he could cure the delinquency through a Chapter 13 plan and save his home.

5.

Debtor is able to make his current mortgage payment on a going forward and understands that he must continue to make those payments even if he is being considered for a loan modification. Debtor believes he will be successful in reorganizing in the instant Chapter 13 case.

WHEREFORE, the Debtor respectfully requests:

a) that the Court enter an Order extending the Automatic Stay as to all creditors until dismissal, discharge, or further order of this Court; and
b) any other relief that the Court deems just and proper.

This  11th  day of  January , 2019.

Respectfully Submitted By:
BURROW & ASSOCIATES, LLC

/s/

Michael F. Burrow
Attorney for the Debtor
Georgia Bar No. 317998

2280 Satellite Blvd.
Bldg. A, Suite 100
Duluth, Georgia 30097
(678) 942-8640
burrowlaw@yahoo.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| CHRISTOPHER S BEAMON, ) | |
| ) | CASE NO. 19-50169-PWB |
| Debtor. ) | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that the Debtor has filed a Motion to Extend the Automatic Stay Pursuant to 11 U.S.C. § 362(c)(3)(B), and related papers with the Court seeking an order on said motion.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on said Motion in **Courtroom 1401**, United States Courthouse, 75 Ted Turner Dr., SW, Atlanta, Georgia at **10:30 AM** on **January 30, 2019**.

Your rights may be affected by the court's ruling on these pleadings.  You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the pleading with the clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Dr., SW, Atlanta, Georgia 30303.  You must also mail a copy of your response to the undersigned at the address stated below.

This  11th  day of  January , 2019.

Respectfully Submitted by,
BURROW & ASSOCIATES, LLC

/s/
Michael F. Burrow
Attorney for the Debtor
Georgia Bar No. 317998

2280 Satellite Blvd.
Bldg. A, Suite 100
Duluth, Georgia 30097
(678) 942-8640
burrowlaw@yahoo.com

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have this day served the within and foregoing Motion to Extend the Automatic Stay Pursuant to 11 U.S.C. § 362(c)(3)(B) and Notice of Hearing by depositing same in the United States mail, properly addressed as follows:

Mary Ida Townson
Chapter 13 Trustee
191 Peachtree Street, N.E.
Suite 2200
Atlanta, GA 30303-1740

Wells Fargo Bank, NA
c/o Delaycee Rowland
Shapiro, Swertfeger & Hasty, LLP
2872 Woodcock Blvd.
Suite 100
Atlanta, GA 30341-3941

NCEP, LLC
c/o Marian Garza
Ascension Capital Group
PO Box 165028
Irving, TX 75016

NCEP, LLC
By AIS Data Services, LP as agent
PO Box 165028
Irving, TX 75016

Nationstar Mortgage, LLC
A. Michelle Hart Ippoliti
c/o McCalla Raymer Pierce, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

Nationstar Mortgage, LLC
c/o Heather D. Bock
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076

U.S. Bank Truste National Association, as Trustee
Of the Bungalo Series III Trust
c/o BSI Financial Services
1425 Greenway Drive
Suite 400
Irving, TX 75038

Scarborough Park HOA, Inc.
101 Devant St
Suite 904 and 905
Fayetteville, GA 30214

Christopher S Beamon
152 Prattling Court
Atlanta, GA  30349

All creditors on the attached mailing matrix.

This  11th  day of  January , 2019.

                              Respectfully Submitted by,
                              BURROW & ASSOCIATES, LLC

                              /s/
                              Michael F. Burrow
                              Attorney for the Debtor
                              Georgia Bar No. 317998
                              2280 Satellite Blvd.
                              Bldg. A, Suite 100
                              Duluth, Georgia 30097
                              (678) 942-8640
                              burrowlaw@yahoo.com

```
Label Matrix for local noticing        Atlanta Watershed Management        BSI Financial Services
113E-1                                  72 Marietta St NW                   1425 Greenway Dr
Case 19-50169-pwb                       Atlanta, GA 30303-2804              Ste 400
Northern District of Georgia                                                Irving, TX 75038-2480
Atlanta
Fri Jan 11 16:15:40 EST 2019

Christopher S. Beamon                   Darrell L. Burrow                   Capital 1 Bank
152 Prattling Court                     Burrow & Associates, LLC            Attn: General Correspondence
Atlanta, GA 30349-3988                  Building A, Suite 100               Po Box 30285
                                        2280 Satellite Blvd.                Salt Lake City, UT 84130-0285
                                        Duluth, GA 30097-5000

Clear Spring Loan Serv                  Credit Acceptance                   Emergency Coverage Corp
7668 Warren Pkwy Ste 325                Attn: Bankruptcy Dept               P.O. Box 12907
Frisco, TX 75034-4161                   25505 West 12 Mile Rd Ste 3000      Norfolk, VA 23541-0907
                                        Southfield, MI 48034-8331

Enhanced Recovery Corp                  (p)GEORGIA DEPARTMENT OF REVENUE    Horizon Fin
Attention: Client Services              COMPLIANCE DIVISION                 8585 Broadway  #88
8014 Bayberry Rd                        ARCS BANKRUPTCY                     Merrillville, IN 46410-7064
Jacksonville, FL 32256-7412             1800 CENTURY BLVD NE SUITE 9100
                                        ATLANTA GA 30345-3202

IRS                                     (p)JEFFERSON CAPITAL SYSTEMS LLC    Kolb Enterprises
Central Insolvency Operation            PO BOX 7999                         PO Box 48027
PO Box 7346                             SAINT CLOUD MN 56302-7999           Doraville, GA 30362-1027
Philadelphia, PA 19101-7346

Merrick Bk                              NCEP LLC                            NCEP, LLC
Attn: Bankruptcy                        by AIS Data Services, LP agent      4515 N Santa Fe Ave. Dept. APS
P.O. Box 9201                           PO Box 165028                       Oklahoma City, OK 73118-7901
Old Bethpage, NY 11804-9001             Irving, TX 75016-5028

Navy FCU                                Navy Fcu                            New York Community Ban
PO Box 3000                             Attention:  Bankruptcy              1801 E 9th St Ste 200
Merrifield, VA 22119-3000               Po Box 3000                         Cleveland, OH 44114-3103
                                        Merrifield, VA 22119-3000

Public Savings Bank                     Public Storage                      Quantum 3 Group LLC
1601 Bryan Street                       499 Phillips Court                  as agent for MOMA Funding LLC
Dallas, TX 75201-3401                   Carol Stream, IL 60188-2170         PO Box 788
                                                                            Kirkland, WA 98083-0788

Scarborough Park HOA                    Mary Ida Townson                    United States Attorney
101 Devant St                           Chapter 13 Trustee                  Northern District of Georgia
STE 904 & 905                           Suite 2200                          75 Ted Turner Drive SW, Suite 600
Fayetteville, GA 30214-2710             191 Peachtree Street, NE            Atlanta GA 30303-3309
                                        Atlanta, GA 30303-1770

Wells Fargo Bank
Mac- X2505-036
Pob 10438
Demoines, IA 50306-0438
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Georgia Department of Revenue<br>1800 Century Blvd, NE<br>Suite 17200<br>Atlanta, GA 30345-3206 | Jefferson Capital System<br>PO Box 7999<br>Saint Cloud, MN 56302 | End of Label Matrix<br>Mailable recipients    27<br>Bypassed recipients     0<br>Total                  27 |